UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| BARBARA A MARTIN | |
| Debtor(s) | CASE NO. BKY 04-34144 DDO |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Barbara A. Martin in the amount of $18.84, were unclaimed.

CREDITOR:                           CLAIM NUMBER:        AMOUNT:
Barbara A. Martin                                        $18.84
455 Maryland Avenue
Apt 208
St Paul, MN 55117

ACCOUNT NUMBER:
REFUND

                                    **Jasmine Z. Keller, Trustee**

Dated: June 16, 2010

                                    /s/ Jasmine Z. Keller/jj
                                    Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 10 JUN 17 AM 9:13 U.S. BANKRUPTCY COURT ST PAUL MN